# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GREGORY BUSH, | Civil No. 3:14-cv-1253 |
| Plaintiff | (Judge Mariani) |
| v. | |
| LACKAWANNA COUNTY PRISON, et al., | |
| Defendants | |

## ORDER

**AND NOW**, this 7th day of June, 2017, for the reasons set forth in the Court's memorandum of the same date, **IT IS HEREBY ORDERED THAT**:

1. The motion (Doc. 50) to dismiss is **GRANTED**.

2. This action is **DISMISSED** pursuant to Federal Rule of Civil Procedure 41(b).

3. The Clerk of Court is directed to **CLOSE** this case.

4. Any appeal from this order is **DEEMED** frivolous and not in good faith. *See* 28 U.S.C. § 1915(a)(3).

Robert D. Mariani
United States District Judge